IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SANTARIO LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEWSHUA ARANGO, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-cv-00006-CAR-CHW<br><br>Proceedings Under 42 U.S.C. §1983<br>Before the U. S. Magistrate Judge |

### ORDER

*Pro se* Plaintiff Santario Diamante Lawrence has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Within the complaint, Plaintiff lists the Walton County Detention Center as his current place of incarceration. ECF No. 1 at 2. However, the return address on the envelope in which his complaint was mailed lists his place of incarceration as Appling ITF. ECF No. 1-1. Because the Plaintiff has listed two separate facilities as his place of incarceration, Plaintiff is **ORDERED** to notify the Court in writing of the actual facility in which he is housed. Should Plaintiff fail to notify the Court about which facility he is incarcerated, this action may be dismissed.

Moreover, Plaintiff has filed a statutorily incomplete motion to proceed *in forma pauperis*. ECF No. 2. A prisoner seeking to proceed without prepayment of filing fees must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). In this

case, Plaintiff has not provided a copy of a certified inmate trust fund account. Thus, in order to proceed, Plaintiff must either pay the $402.00 filing fee or file a certified account statement for the preceding six months signed by a prison official so that the Court may properly evaluate his motion to proceed *in forma pauperis*. Plaintiff is further advised that even if he is allowed to proceed *in forma pauperis*, he may be obligated to initially pay a partial filing fee and then money will be deducted from his account until the filing fee ($350.00) is paid in full. Thus, if allowed to proceed *in forma pauperis*, a Plaintiff must nevertheless pay the full amount of the filing fee in installments based on funds in the prisoner's account even if the Plaintiff's complaint (or any part thereof) is dismissed. 28 U.S.C. § 1915(b).

The **CLERK** is **DIRECTED** to forward an account certification form to Plaintiff along with his service copy of this Order (with the case number showing on both) *to both facility addresses* provided by Plaintiff. Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this order to file a certified account statement for the preceding six months and provide the Court with written notification of his place of incarceration. Thereafter, Plaintiff must notify this Court of any other changes in his address. Failure to fully and timely comply with this Order may result in the dismissal of Plaintiff's complaint. There shall be no service of process pending further order of the Court.

**SO ORDERED and DIRECTED**, this 27th day of January, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge