IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SANTARIO LAWRENCE,<br><br>               Plaintiff,<br><br>v.<br><br>JEWSHUA ARANGO, *et al.*,<br><br>               Defendants. | Case No. 3:23-cv-00006-TES-CHW |

**DISMISSAL ORDER**

*Pro se* Plaintiff Santario Diamante Lawrence, a prisoner at Appling ITF in Baxley, Georgia, filed a 42 U.S.C. § 1983 action. [Doc. 1]. Plaintiff also filed a motion to proceed *in forma pauperis*. [Doc. 2]. On February 24, 2023, the magistrate judge denied Plaintiff's motion to proceed *in forma pauperis* due to Plaintiff's ability to pay the full filing fee. [Doc. 8]. Plaintiff was ordered to pay the fee within 14 days. [*Id.*]. Plaintiff failed to respond.

Therefore, on March 23, 2023, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to pay the filing fee. [Doc. 9]. The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond or otherwise address the filing fee. [*Id.*]. Plaintiff was given 14 days to answer. Plaintiff has failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed.

R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

    **SO ORDERED,** this 14th day of April, 2023.

                                  S/ Tilman E. Self, III
                                  **TILMAN E. SELF, III., JUDGE**
                                  **UNITED STATES DISTRICT COURT**